SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00078 JW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| GENERO MEDINA-QUINTERO, ) | |
|     Defendant. ) | SAN JOSE VENUE |

    The undersigned parties respectfully request that the sentencing date for the above-captioned case be continued from September 10, 2007 to October 22, 2007 at 1:30 p.m. The reason for the continuance is that the defendant was indicted in the Eastern District of Washington on May 8, 2007 with being a felon and an alien in possession of a firearm, and the parties are exploring the possibility of having the defendant's case transferred to the Northern District of California. The parties need additional time to determine whether the case is suitable to be transferred and consolidated with the above-captioned case. Probation Officer Jessica Goldsberry does not object to a continuance.

//

1  SO STIPULATED:                            SCOTT N. SCHOOLS
                                             United States Attorney
2

3  DATED:                                    _____/s/_____
                                             SUSAN KNIGHT
4                                            Assistant United States Attorney

5

6  DATED:                                    _____/s/_____
                                             NICHOLAS P. HUMY
7                                            Assistant Federal Public Defender

8

9     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing date

10 in the above-captioned case be continued from September 10, 2007 to October 22, 2007 at 1:30

11 p.m.

12 SO ORDERED.

13

14 DATED: September 5 2007                   _____/s/ James Ware_____
                                             JAMES WARE
15                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 05-00078 JW                              2