BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MEDINA-QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00078 JW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| v. ) | **HEARING; [PROPOSED] ORDER** |
| ) | |
| GENARO MEDINA-QUINTERO, ) | |
| ) | |
| Defendant. ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Monday, October 22, 2007, at 1:30 p.m., be continued to Monday, November 26, 2007, at 1:30 p.m.  The reason for the continuance is that the defendant was indicted in the Eastern District of Washington on May 8, 2007 with being a felon and an alien in possession of a firearm, and the parties are exploring the possibility of having the defendant's case transferred to the Northern District of California.  The parties need additional time to determine whether the case is suitable to be transferred and consolidated with the above captioned case.

1   Dated: 10/22/07                              _____/s/_____
                                                 NICHOLAS P. HUMY
2                                                Assistant Federal Public Defender

3   Dated: 10/22/07                              _____/s/_____
                                                 SUSAN KNIGHT
4                                                Assistant United States Attorney

5

6                                          **ORDER**

7        Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

8   date in the above-captioned case be continued from October 22, 2007 to November 26, 2007 at

9   1:30 p.m.

10  SO ORDERDED. The Courtroom Deputy has notified the assigned Probation Officer and
                    USMS of the continuance of the Sentencing hearing.
11
    Dated:   October 22, 2007
12                                               _____
                                                 JAMES WARE
                                                 United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 07-00485 JW                               2