BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant MEDINA-QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00078 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING; [PROPOSED] ORDER** |
| | ) | |
| GENARO MEDINA-QUINTERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Monday, December 3, 2007, at 1:30 p.m., be continued to Monday, January 14, 2008, at 1:30 p.m.  The reason for the continuance is that counsel for the government, Assistant United States Attorney, Susan Knight has become unavailable.

Dated: 11/30/07                               _____/s/_____
                                              NICHOLAS P. HUMY
                                              Assistant Federal Public Defender

Dated: 11/30/07                               _____/s/_____
                                              SUSAN KNIGHT
                                              Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 05-00078 JW                            1

1
2  **ORDER**
3       Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
4  date in the above-captioned case be continued from December 3, 2007 to January 14, 2007 at
5  1:30 p.m.
6  SO ORDERDED.   This is the parties' final request for continuance.  Further requests shall be
   made on the Court's record.
7
   Dated: November 30, 2007
8                                                                  _____
                                                                   JAMES WARE
                                                                   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING HEARING
No. CR 07-00078 JW                              2