1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 UNITED STATES OF AMERICA,           )   CR No. 05-00078 JW
                                       )
13      Plaintiff,                     )
                                       )   STIPULATION AND [PROPOSED]
14      v.                             )   ORDER CONTINUING SENTENCING
                                       )   HEARING
15                                     )
   GENARO MEDINA-QUINTERO,             )
16                                     )
        Defendant.                     )
17                                     )
                                       )
18

19

20      The undersigned parties jointly request that the sentencing hearing in above-captioned matter

21 be continued from April 7, 2008 to May 19, 2008 at 1:30 p.m.  The reason for the continuance is

22 that the parties need to finalize the Rule 20 transfer of the defendant's criminal case from the

23 Eastern District of Washington.  The parties have negotiated a plea agreement, and need to

24 complete the transfer paperwork in order to have the file transferred from the Eastern District of

25 Washington to the Northern District of California.  In addition, once the court file has been

26 transferred, the parties will need to file a motion to consolidate the cases.  The parties anticipate

27 that it will take several weeks to complete this process.  In addition, AUSA Susan Knight will

28 out of town on a family vacation from April 19, 2008 to May 4, 2008.  Probation Officer Jessica

1 | Goldsberry has no objection to the continuance.

2 | SO STIPULATED:                         JOSEPH R. RUSSONIELLO
                                            United States Attorney
3
4 | DATED:_____                    _____/s/_____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney
5
6 | DATED:_____                    _____/s/_____
                                            NICK HUMY
                                            Assistant Federal Public Defender
7

8 |    For good cause shown, the Court HEREBY ORDERS that the sentencing hearing is
9 | continued from April 7, 2008 to May 19, 2008 at 1:30 p.m.
10 | SO ORDERED.   Further requests for continuance shall be made on the Court's record.
11
12 | DATED: April 4, 2008                    _____/s/ James Ware_____
                                            JAMES WARE
13                                          United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 05-00078 JW                            2